**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00455-CR

**CHLOE A. MENAGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-00143-X**

## ORDER

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate **INSTANTER**.

/s/     CRAIG STODDART
JUSTICE